# SARAFA LAW LLC

Melinda Sarafa
msarafa@sarafalaw.com

80 Pine Street, Floor 33
New York, NY 10005
T: 212 785 7575
F: 212 785 7577
www.sarafalaw.com

November 10, 2008

**By Fax (973-645-4549)**
Honorable Peter G. Sheridan
United States District Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:   *U.S. v. Ram K. Mahbubani*, No. 97-CR-673 (PGS)

Dear Judge Sheridan:

On October 24, 2008, before the Honorable Esther Salas, I appeared on behalf of defendant Ram K. Mahbubani and entered a limited appearance for purposes of Mr. Mahbubani's initial appearance and bail determination. With those matters resolved, Mr. Mahbubani has advised me that he intends to request court-appointed counsel for the duration of this case. Accordingly, I write at this time to formally withdraw as counsel of record for Mr. Mahbubani in this matter. I understand that Mr. Mahbubani is scheduled to be arraigned before Your Honor this Wednesday, November 12, 2008, and I anticipate that Mr. Mahbubani will submit a financial affidavit and request court-appointed counsel at that time.

I thank Your Honor for your attention to this matter.

Respectfully,

Melinda Sarafa

cc:   Rodney Villazor
      Assistant United States Attorney
      (By fax: 973-645-3316)

SO ORDERED: [signature]
DATED: 11/12/08