# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA  :

                         CR. 97-673 (PGS)

V.  :  ORDER

RAM MAHBUBANI

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 12th, day of November 2008,

O R D E R E D that Federal Public Defender Kevin Carlucci, Esq., AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

                                                      _____
                                                      PETER G. SHERIDAN, U.S.D.J.

cc: Defendant
    Federal Public Defender