UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 02:97-cr-673** |
| v. | : | |
| **RAM K. MAHBUBANI** | : | **CONTINUANCE ORDER** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Rodney Villazor, Assistant U.S. Attorney, appearing), and defendant Ram Mahbubani (Kevin Carlucci, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that she has the right under 18 U.S.C. § 3161(c) to have a trial commence within seventy (70) days from the date the defendant appeared before the Court; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4.	Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __30__ day of December 2008,

ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days from December 29, 2008 through and including March 2, 2009; and

IT IS FURTHER ORDERED that the period between December 29, 2008 through and including March 2, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. PETER G. SHERIDAN
United States District Judge