UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| | : | |
| v. | : | No. 02:97-cr-00673 (PGS) |
| | : | |
| RAM K. MAHBUBANI | : | ORDER FOR CONTINUANCE |

An indictment charging the defendant with wire fraud, in
violation of Title 18, United States Code, Sections 1343 and 2,
having been filed on December 5, 1997; and the defendant having
arrested on October 24, 2008 and having appeared before the Court
for an initial appearance on October 24, 2008; and the defendant
having been represented by Kevin Carlucci, AFPD; and bail having
been set by the Court; and the defendant and his counsel being
aware that a trial be ordinarily held within seventy (70) days of
defendant's initial appearance on this charge, pursuant to Title
18, United States Code, Section 3161(b); and one continuance having
previously been granted by the Court pursuant to Title 18, United
States Code, Section 3161(h)(8)(A) so that the parties could
attempt to reach a plea agreement and thereby avoid a possible
trial; and the parties are engaged in continuing to reach a plea
agreement; the defendant hereby requests a second continuance
pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in
order to permit the time necessary for the parties to reach a plea
agreement and for defendant to enter a guilty plea pursuant to the

plea agreement; the Government having agreed to a this continuance; and for good cause shown;

IT IS on this ___23___ day of February, 2009

ORDERED that from the date this Order is entered, to and including March 23, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1.      Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2.      Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Kevin Carlucci, AFPD
Counsel for Ram Mahbubani

_____
HONORABLE PETER G. SHERIDAN
United States District Judge