UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | No. 02:97-cr-00673 (PGS) |
| RAM K. MAHBUBANI | : | ORDER FOR CONTINUANCE |

An indictment charging the defendant with wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, having been filed on December 5, 1997; and the defendant having arrested on October 24, 2008 and having appeared before the Court for an initial appearance on October 24, 2008; and the defendant having been represented by Kevin Carlucci, AFPD; and bail having been set by the Court; and the defendant and his counsel being aware that a trial be ordinarily held within seventy (70) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; and the parties are engaged in continuing to reach a plea agreement; the defendant hereby requests a third continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the parties to reach a plea agreement and for defendant to enter a guilty plea pursuant to the

plea agreement; the Government having agreed to a this continuance, and for good cause shown;

IT IS on this ___2___ day of ~~March~~ April, 2009

ORDERED that from the date this Order is entered, to and including April 24, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Kevin Carlucci, AFPD
Counsel for Ram Mahbubani

_____
HONORABLE PETER G. SHERIDAN
United States District Judge