UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. PETER G. SHERIDAN |
| : | |
| v. : | |
| : | CRIM. NO. 97-673 (PGS) |
| RAM MAHBUBANI : | |
| | ORDER FOR MODIFICATION OF BAIL |

This matter having come before the Court on the application of defendant, Ram Mahbubani, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Rodney Villazor, Assistant United States Attorney, appearing, for an Order modifying bail and for good cause shown,

IT IS ON THIS 22 day of June, 2009

ORDERED that the bail condition requiring defendant to remain at his residence while under electronic monitoring is hereby vacated, upon the surrender to Pretrail Services of the passport of defendant's wife.

IT IS FURTHER ORDERED that the defendant is remain at his residence between the hours of 8 PM and 8 AM each day

IT IS FURTHER ORDERED that all conditions of bail previously set remain in effect.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge