UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. PETER G. SHERIDAN |
| v. : | CRIM. NO. 97-673 (PGS) |
| RAM MAHBUBANI : | ORDER FOR VOLUNTARY SURRENDER |

This matter having come before the Court on the application of defendant, Ram Mahbubani, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Rodney Villazor, Assistant United States Attorney, appearing, for an Order Voluntary Surrender and for good cause shown,

IT IS ON THIS 2 day of July, 2009

ORDERED that the defendant is to surrender to the United States Marshal in Trenton, New Jersey by 1 PM on July 7, 2009.

IT IS FURTHER ORDERED that upon surrender by the defendant, the bail posted in this matter is to be released.

HONORABLE PETER G. SHERIDAN
United States District Judge