U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| Rodney C. Villazor<br>Assistant U.S. Attorney | 970 Broad Street, Suite 700<br>Newark, NJ 07102 | (973) 645-2700<br>Direct Dial: (973) 645-2823<br>Direct Fax: (973) 297-2094 |

September 15, 2010

**via ECF**
Hon. Peter G. Sheridan
United States District Judge
Clarkson Fisher Federal Building and U.S. Courthouse
Trenton, New Jersey 08608

    Re: <u>United States v. Ram Mahbubani (97-cr-0673) (PGS)</u>

Dear Judge Sheridan:

    In response to the letter dated September 2, 2010 (doc. 30) from defendant Ram Mahbubani ("defendant"), the Government submits this letter in lieu of a more formal response. Defendant requests that he be permitted to leave the United States and move to Sri Lanka with the promise to continue paying the minimum monthly payment of $150 for the remainder of his three years of supervised release for a total of $5,400.

    The Government objects for several reasons. First, defendant defrauded a victim out of telephonic equipment worth over $389,000, yet he makes hollow claims of poverty. Second, defendant absconded from the United States for several years with the knowledge that he was being charged with federal wire fraud. The Court should therefore look askance at his promise to continue paying his minimum monthly payments from Sri Lanka where it would be extremely difficult to enforce his restitution obligations. Furthermore, defendant's claim that his living arrangements in his daughter's apartment leaves him with a tenuous situation does not account for the availability of other housing, such as with his brother in Norwood, New Jersey.

    Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          PAUL J. FISHMAN
                                          United States Attorney

                                          /s/ Rodney C. Villazor

                                          By: Rodney C. Villazor
                                          Assistant U.S. Attorney

*[Handwritten: Hearing on the matter is scheduled for 10/1/10 at 12:00 P.M.]*

SO ORDERED: /s/ PGS
DATED: 9/20/10

cc: Kevin Carlucci, Esq. (e-mail)