UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAM MAHBUBANI. | Criminal Action No.: 97-00673 (PGS)<br><br>**ORDER** |

This matter comes before the Court on Defendant Ram Mahbubani's ("Defendant") motion to modify conditions of release ("Defendant's Motion to Modify Conditions of Release"). The Court, having reviewed the parties' submissions, having heard oral argument, and for the reasons set forth on the record;

IT IS on this 1st day of October 2010,

ORDERED that Defendant's Motion to Modify Conditions of Release (Docket Entry 30) is denied.

_____
PETER G. SHERIDAN, U.S.D.J.